IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOUISIANA FORESTRY ASSOCIATION, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HILDA SOLIS, et al., | : | |
| Defendants, | : | |
| and | : | |
| | : | |
| COMITÉ DE APOYO A LOS TRABAJADORES AGRÍCOLAS, et al., | : | NO. 11-7687 |
| Defendant-Intervenors | : | |

ORDER

AND NOW, this 25th day of June 2012, for the reasons discussed in the accompanying memorandum, it is ORDERED as follows:

1. Defendant Intervenors' Motions for Leave to File and Amended Answer with Supplemental Pleadings (Doc. Nos. 48 and 105) are GRANTED in part and DENIED in part.

    Defendant Intervenors requests to add Mark Cunanan as a defendant intervenor and to delete defendant intervenor Jesús Vite Lopez are GRANTED.

    Defendant Intervenors' request to amend their answer to assert a crossclaim against the Federal Defendants is DENIED.

2. Defendant Intervenors' Motion for Preliminary and Permanent Injunctive Relief, Partial Summary Judgment, and Declaratory Relief (Doc. No. 64) is DENIED as moot.

3. Defendant Intervenors' request for expedited adjudication of their motion to amend and to require Federal Defendants to file a prompt answer to their crossclaim (Doc. No. 64) is DENIED as moot.

FOR THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.