IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOUISIANA FORESTRY ASSOCIATION, INC., et al., | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HILDA SOLIS, et al., | : | CIVIL ACTION |
|     Defendants, | : | |
| and | : | NO. 11-7687 |
| | : | |
| COMITÉ DE APOYO A LOS TRABAJADORES AGRÍCOLAS, et al., | : | |
|     Defendant-Intervenors | : | |

ORDER

AND NOW, this 20th day of August, 2012, for the reasons discussed in the accompanying memorandum, it is hereby ORDERED as follows:

1. Plaintiffs' Consolidated Motion for Summary Judgment (Doc. No. 115) is DENIED;

2. Federal Defendants' Motion for Summary Judgment (Doc. No. 43) is GRANTED; and,

3. The Clerk of Court is directed to mark this matter CLOSED for statistical purposes.

BY THE COURT:


/s/ Legrome D. Davis
Legrome D. Davis, J.