UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 12-4030

LOUISIANA FORESTRY ASSOCIATION INC.; OUTDOOR AMUSEMENT BUSINESS ASSOCIATION INC.; CRAWFISH PROCESSORS ALLIANCE; FOREST RESOURCES ASSOCIATION INC.; AMERICAN HOTEL & LODGING ASSOCIATION; AMERICAN SUGAR CANE LEAGUE OF USA INC.,

Appellants



v.

SECRETARY UNITED STATES DEPARTMENT OF LABOR; JANE OATES, in her official capacity as United States Assistant Secretary of Labor Employment and Training Administration; UNITED STATES DEPARTMENT OF LABOR; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-11-cv-07687)
District Judge: Honorable Legrome D. Davis

Argued May 31, 2013

Before:   JORDAN and VANASKIE, *Circuit Judges*, and RAKOFF,* *District Judge*.

JUDGMENT

---

* Honorable Jed S. Rakoff, Senior Judge of the United States Distr[ict Court for the] Southern District of New York, sitting by designation.

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on May 31, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered August 20, 2012 be and the same is hereby, AFFIRMED. Costs shall be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: February 5, 2014

Certified as a true copy and issued in lieu of a formal mandate on April 16, 2014

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**